IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-03334-RBJ

ERNEST HOWARD,

    Plaintiff,

v.

WILLIAM J. GALLIPO;
DAVID PERLOWSKI;
ASPEN CREEK MANAGEMENT, LLC;
RESIDENTIAL EQUITY PARTNERS PHOENIX, LLC; and
RESIDENTIAL EQUITY PARTNERS, LLC,

    Defendants.

---

ORDER OF RECUSAL

---

I believe that defendant David Perlowski is probably the individual by that name whose wedding I performed and who is married to my former secretary.  Therefore, I disqualify myself from further participation in the case and ask that it be reassigned to another judge.

DATED this 21st day of March, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge