IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–03334–KMT

ERNEST HOWARD,

    Plaintiff,

v.

WILLIAM J. GALLIPO,
DAVID PERLOWSKI,
ASPEN CREEK MANAGEMENT, LLC,
RESIDENTIAL EQUITY PARTNERS PHEONIX, LLC, and
RESIDENTIAL EQUITY PARTNERS, LLC,

    Defendants.

---

## MINUTE ORDER
### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on Plaintiff's "Motion for Default Judgment" (Doc. No. 8, filed Mar. 20, 2014), which seeks an entry of default judgment against Defendant William J. Gallipo. In order to obtain a judgment by default, a party must follow the two-step process described in Federal Rule of Civil Procedure 55. First, it must seek an entry of default from the Clerk of Court under Rule 55(a). Second, after default has been entered by the Clerk, the party must seek default judgment according to the strictures of Rule 55(b). *See Williams v. Smithson,* 1995 WL 365988, at *1 (10th Cir. June 20, 1995) (citing *Meehan v. Snow,* 652 F.2d 274, 276 (2d Cir. 1981)). Here, Plaintiff has not sought an entry of default against Defendant Gallipo pursuant to Rule 55(a). Accordingly, Plaintiff's Motion for Default Judgment (Doc. No. 8) is DENIED without prejudice.

Dated: March 21, 2014