IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-03334-CMA-KMT

ERNEST HOWARD,

    Plaintiff,

v.

WILLIAM J. GALLIPO,
ASPEN CREEK MANAGEMENT, LLC,
RESIDENTIAL EQUITY PARTNERS PHOENIX, LLC, and
RESIDENTIAL EQUITY PARTNERS, LLC,

    Defendants.

---

## ORDER TO DISMISS CASE

---

This matter is before the Court on the Plaintiff's Notices of Dismissal Without Prejudice of Defendants David Perlowski (Doc. # 33); William J. Gallipo (Doc. # 34); Aspen Creek Management, LLC (Doc. # 35); Residential Equity Partners Phoenix, LLC (Doc. # 36); and Residential Equity Partners, LLC (Doc. # 37).  The Court has reviewed these Notices and notes that all Defendants in this matter have now been dismissed without prejudice.  It is, therefore,

    ORDERS that this case is DISMISSED in its entirety.

    DATED:  September  02 , 2014

                                                 BY THE COURT:

                                                 *[signature]*

                                                 CHRISTINE M. ARGUELLO
                                                 United States District Judge